**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **GS HOLISTIC, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:23-CV-01174-L** |
| | § | |
| | § | |
| **MUNI INVESTMENT, INC.** *d/b/a* Tic Tok 4, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

According to the court's records, Defendant Muni Investment, Inc. ("Defendant") was served on August 20, 2025, and Defendant has not served an answer or otherwise responded. Accordingly, Defendant has been in default for a period in excess of 90 days. Pursuant to Local Civil Rule LR 55.1, the court orders Plaintiff to request entry of default and move for default judgment no later than **April 17, 2026.** The motion for default judgment shall include sufficient evidence for the court to determine that Defendant is liable to Plaintiff and that Plaintiff is entitled to the relief requested. Failure of Plaintiff to file a motion for default judgment by this date will result in dismissal of this action as to this Defendant pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute or comply with a court order.

**It is so ordered** this 3rd day of April, 2026.

Sam A. Lindsay
United States District Judge